**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN HOSKINGS,<br><br>              Petitioner - Appellant,<br><br>   v.<br><br>P.L. VAZQUEZ, Warden,<br><br>              Respondent - Appellee. | No. 08-17735<br><br>D.C. No. 1:05-cv-01430-OWW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted November 21, 2011[**]

Before:    TASHIMA, BERZON, and TALLMAN, Circuit Judges.

California state prisoner John Hoskings appeals from the district court's

order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28

U.S.C. § 2253, and we affirm.

---

        [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Hoskings contends that the Governor's 2004 decision reversing the Board of Prison Terms's decision finding him suitable for parole is not supported by some evidence.  The record reflects that Hoskings received all process that was due.  *See Swarthout v. Cooke*, 131 S. Ct. 859, 862-63 (2011) (per curiam).

**AFFIRMED.**